﻿Citation Nr: AXXXXXXXX
Decision Date: 11/29/19 Archive Date: 11/29/19

DOCKET NO. 190827-31671
DATE: November 29, 2019

ORDER

Entitlement to accrued benefits is denied.

FINDING OF FACT

There was no pending claim at the time of the Veteran’s death upon which to base accrued benefits, nor was any money due to the Veteran at the time of his death. 

CONCLUSION OF LAW

The criteria for entitlement to accrued benefits have not been met. 38 U.S.C. §§ 1151, 5107; 38 C.F.R. § 3.1000.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served in the United States Army from June 1951 to June 1953. The Veteran died in November 2018 and the Appellant is his surviving spouse.

The rating decision on appeal was issued in August 2019. In August 2019, the Appellant elected the modernized review system. 84 Fed. Reg. 138, 177 (Jan. 18, 2019) (to be codified at 38 C.F.R. § 19.2(d)). 

The Appellant elected the Direct Review lane. Accordingly, the Board will consider evidence of record as of the August 2019 rating decision.

1. Entitlement to accrued benefits

In her August 2019 notice of disagreement, the Appellant lists the issue on appeal as follows: “Accrued for medical expenses from 2017.” 

Accrued benefits include those to which the Veteran was entitled at the time of death under an existing rating or based on evidence in the file at the date of death. 38 U.S.C. § 5121(a)(2); 38 C.F.R. § 3.1000(a). Upon the death of a veteran, any accrued benefits are payable to his spouse, or to others if the spouse is not alive. 38 U.S.C. § 5121(a)(2); 38 C.F.R. § 3.1000(a)(1). In order to support a claim for accrued benefits, the Veteran must have had a claim pending at the time of his death for such benefits or else be entitled to them under an existing rating or decision. Jones v. West, 136 F.3d 1296 (Fed. Cir. 1998).

After a review of the record, the Board finds that the Veteran did not have a claim pending at the time of his death. Moreover, the record does not reflect, and the Appellant has not contended, that any periodic VA monetary benefit to which the Veteran was entitled at death under existing ratings and decisions are due and unpaid. 

In sum, the Board finds that entitlement to accrued benefits is not warranted. The record reflects that VA owed no money to the Veteran at the time of his death. In addition, there were no claims or appeals pending at the time of his death. The Appellant has not alleged otherwise. The claim of entitlement to accrued benefits, therefore, is denied as a matter of law. See Sabonis v. Brown, 6 Vet. App. 426, 430 (1994).

 

 

Michael J. Skaltsounis

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board B. Cannon, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.